UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
DEC 1 1 2009

------------------------------------------------

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS ALLEN KAVANAUGH,

    Defendant.

CR09-40013

ORDER DISMISSING INDICTMENT

------------------------------------------------

The Government having filed a Motion to Dismiss Indictment in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment filed in the above-captioned case without prejudice and in the interests of justice. Fed. R. Crim. P. 48(a).

Dated this 11th day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY _____
    DEPUTY